UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 18-CR-223

PETER M. BERNEGGER,

    Defendant.

## ORDER DENYING MOTION TO TERMINATE SUPERVISION
## AND DENYING MOTION TO CORRECT DOCKET

Defendant Peter Bernegger has moved for early termination of his supervised release following his 70-month sentence for mail and bank fraud. He still owes a significant amount of restitution and has previously been revoked for failing to make payments. Under these circumstances, the request for early termination of his supervision is unreasonable and will be denied.

Bernegger has also filed a "Motion to Correct Docket". He complains that the docket lists his case as closed, which only means that the original criminal proceedings are closed. In addition, he states that the amount of restitution shown on the petition is incorrect. It is unclear what petition he is talking about. In any event, the reduction he claims was ordered is not at issue at this point. Accordingly, his motion to correct the docket is denied.

**SO ORDERED** this __25th__ day of February, 2019.

                                              s/ William C. Griesbach
                                              William C. Griesbach, Chief Judge
                                              United States District Court