UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                          Case No. 18-CR-223

PETER M. BERNEGGER,

       Defendant.

## ORDER DENYING MOTIONS TO ADJOURN

The motions to adjourn the hearing on the petition to revoke or modify conditions of supervision in the above matter are denied. Other motions will be discussed at the hearing. To the extent that Assistant United States Attorney Andrew Maier is unable to appear, he is excused. If necessary, his testimony will be taken at a continuation of the hearing. The parties should be prepared to proceed as the matter now stands.

      **SO ORDERED** this   20th   day of May, 2019.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach, Chief Judge
                                                       United States District Court